■ SHARON STRAIT et al., Appellants, v WEGMANS FOOD MARKETS, INC., Respondent. [852 NYS2d 868]—

Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.